# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-0374

———————————————————

WILLIAM L. SISSON, JR., HIEP V.
VU and NGOC M. VU,

    Petitioners,

    v.

SANDRA FOX, RIC MILLER and
TATSIANA MILLER,

    Respondents.

———————————————————

Petition for Writ of Prohibition—Original Proceedings.

July 18, 2025

PER CURIAM.

    DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Christine D. Smallwood Miranda of Smallwood Miranda Law, Inc., Panama City, for Petitioners.

No appearance for Respondent.